THE STATE OF NEW HAMPSHIRE
SUPERIOR COURT
ROCKINGHAM COUNTY

I, Jennifer M. Haggar, Clerk of the Superior Court of the State of New Hampshire for the County of Rockingham the same being a court of record having a seal, and having custody of the records of the said Superior Court, do hereby certify that the attached are true copies of the Summons, Complaint, Return of Service on Home Depot, Return of Service on W/S North Hampton and Notice of Default in the action case # 218-2023-CV-00920  Melody Costenbader v. Home Depot USA Inc andW/S North Hampton Properties BB c/o WS Asset Managment, Inc  of said Superior Court.

In witness whereof I have hereunto set my hand and affixed the seal of said Superior Court at this September day of 25th  A.D. 2023



Jennifer Haggar
Clerk of Superior Court

**Filed**
**File Date: 7/27/2023 2:39 PM**
**Rockingham Superior Court**
**E-Filed Document**

## STATE OF NEW HAMPSHIRE

ROCKINGHAM, SS.                                    SUPERIOR COURT
                                                  **JURY TRIAL DEMANDED**

**Melody Costenbader**          218-2023-CV-00920
178 Dearborn Road
Greenland, NH 03840

True Copy Attest

Jennifer M. Haggar, Clerk of Court

September 25, 2023

**v.**

**Home Depot USA, Inc.**
2455 Paces Ferry Road
Atlanta, GA 30339

**AND**

**W/S North Hampton Properties BB**
**c/o WS Asset Management, Inc.**
33 Boylston Street, Suite 3000
Chestnut Hill, MA  02467

## COMPLAINT

NOW COMES the Plaintiff, Melody Costenbader, by and through her attorneys, Rainboth, Murphy & Lown, PA and respectfully submits this Complaint against the Defendants, Home Depot USA, Inc. and W/S North Hampton Properties BB c/o WS Assent Management, Inc., and in support thereof state as follows:

### I. Parties

1.      The Plaintiff, Melody Costenbader, is an individual residing at 178 Dearborn Road, Greenland, New Hampshire 03840

2.      Defendant, Home Depot USA, Inc., is a foreign corporation authorized to do business in New Hampshire.  Their principal office address is 2455 Paces Ferry Road, Atlanta, GA  30339.

1

3.      Defendant, W/S North Hampton Properties BB c/o WS Asset Management, Inc., is a foreign limited liability corporation authorized to do business in New Hampshire. Their principal office address is 33 Boylston Street, Suite 3000, Chestnut Hill, MA  02467.

## II.  Jurisdiction and Venue

4.      This Court has jurisdiction over the subject matter pursuant to RSA 491:7.

5.      Venue is proper in the State of New Hampshire, specifically Rockingham, as it is the county in which the incident occurred.

## III.  Factual Background

6.      On or about August 4, 2020, the Plaintiff tripped on a large cement cinderblock located at the outdoor landscaping area at the Home Depot location located at 35 Lafayette Road, North Hampton, New Hampshire owned, controlled and maintained by Defendants.

7.      Plaintiff was lawfully on the premises shopping in the plant section when she fell.

8.      On August 4, 2020, the Defendants were responsible for maintaining the garden area in a safe and reasonable manner. Defendants failed to design and place the cement blocks used for plant sales in a safe and reasonable manner.

9.      The Defendants failed to properly maintain the property.

10.     As such, the Plaintiff was caused to suffer numerous damages and losses within the minimum and maximum jurisdictional limits of this Court, including but not limited to, serious personal injury, severe and permanent physical and bodily injuries, extreme pain and suffering, ongoing medical procedures and therapies, large and

continuing medical expenses, emotional distress and mental anguish, loss of income and wages, loss of enjoyment of life, and the costs and expenses of litigation.

11.    Plaintiff twisted her low back and had a gash on her shin bone.  Plaintiff still experiences aggravation of L5 sciatica and had problems standing at her job as a hair stylist.

## IV.  Causes of Action
## COUNT I: (Negligence)

12.    All of the allegations contained in Paragraphs 1-11 are incorporated as if fully stated herein.

13.    At all relevant times, the Defendants owed a duty of care to the Plaintiff, including, but not limited to, the duty to maintain the premises in a safe and reasonable manner, by among other things, not erecting structures which could injure patrons while walking in the area.

14.    The Defendant breached its duty of care to the Plaintiff by failing to maintain the premises in a safe and reasonable manner, by and among other things, failing to warn and protect persons entering the premises of an from such hazardous and dangerous conditions.

15.    As a direct and proximate cause and result of the Defendants' failure to meet its duty of care, Plaintiff was caused to fall on the hazardous plant structure located at the property.

16.    As a further result of the Defendants' breach of its duty of care, the Plaintiff suffered numerous damages and losses including but not limited to, serious personal injury, severe and permanent physical and bodily injuries, extreme pain and

3

suffering, numerous medical procedures and therapies, large and continuing medical expenses, emotional distress and mental anguish, loss of enjoyment of life, loss of income and wages, and the costs and expenses of litigation.

## V. <u>Jury Trial</u>

17.    The Plaintiff respectfully request a trial by Jury.

WHEREFORE, the Plaintiff prays that this Honorable Court:

A.    Allow the entry of judgment consistent with the jury's determination on all claims and with the determination for full and fair compensation in favor of the Plaintiff as allowed by law and equity, plus interest and costs; and

B.    The allowance of such further relief as justice and equity require.

Respectfully submitted,
**Melody Costenbader**
By and Through Her Attorneys,
**RAINBOTH, MURPHY & LOWN, P.A.**

Dated: July 27, 2023        By:   /s/ Kenneth D. Murphy
Kenneth D. Murphy, Esquire (NH Bar #1843)
439 Middle Street
Portsmouth, NH 03801
(603) 431-1993
e-mail: kmurphy@nhtrialattorneys.com

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Rockingham Superior Court
Rockingham Cty Courthouse/PO Box 1258
Kingston NH  03848-1258

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## SUMMONS IN A CIVIL ACTION

Case Name:     **Melody Costenbader v  Home Depot USA, Inc., et al**
Case Number:   **218-2023-CV-00920**

Date Complaint Filed: July 27, 2023
A Complaint has been filed against Home Depot USA, Inc.; W/S North Hampton Properties BB c/o WS Asset Managment, Inc. in this Court. A copy of the Complaint is attached.

**The Court ORDERS that ON OR BEFORE:**

| | |
|---|---|
| September 23, 2023 | Melody Costenbader shall have this Summons and the attached Complaint served upon Home Depot USA, Inc.; W/S North Hampton Properties BB c/o WS Asset Managment, Inc. by in hand or by leaving a copy at his/her abode, or by such other service as is allowed by law. |
| October 14, 2023 | Melody Costenbader shall electronically file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice. |
| 30 days after Defendant is served | Home Depot USA, Inc.; W/S North Hampton Properties BB c/o WS Asset Managment, Inc. must electronically file an Appearance and Answer or other responsive pleading form with this Court.  A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

**Notice to Home Depot USA, Inc.; W/S North Hampton Properties BB c/o WS Asset Managment, Inc.:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:

| | |
|---|---|
| Kenneth D. Murphy, ESQ | Rainboth Murphy and Lown PA 439 Middle St Portsmouth NH 03801 |
| Home Depot USA, Inc. | 2455 Paces Ferry Road Atlanta GA  30339 |
| W/S North Hampton Properties BB c/o WS Asset Managment, Inc. | 33 Boylston Street Suite 3000 Chestnut Hill MA  02467 |

True Copy Attest

_Jennifer M. Haggar, Clerk of Court_

BY ORDER OF THE COURT

September 25, 2023

Jennifer M. Haggar
Clerk of Court

August 09, 2023

(1261161)

NHJB-2678-Se (07/01/2018)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Rockingham Superior Court
Rockingham Cty Courthouse/PO Box 1258
Kingston NH  03848-1258

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## MELODY COSTENBADER
## INSTRUCTIONS FOR SERVICE
## BY THE SHERIFF'S DEPARTMENT

Case Name:    **Melody Costenbader v  Home Depot USA, Inc., et al**
Case Number:  **218-2023-CV-00920**

<u>**Instructions for:**</u> **Melody Costenbader**

The attached Summons must be sent to the Sheriff's Department for service.  Service must be completed on or before **September 23, 2023**.
<u>**Further action is required by you**</u>
**You must:**
- **Print two copies of the Summons per defendant**
- **Print two copies of the Notice to Defendant per defendant**
- **Print two copies of the Complaint filed with the Court per defendant**
- **Make two packets for service.  Each packet should contain:**
  - **One Summons**
  - **Once Notice for Defendant**
  - **One Complaint filed with the Court**
- **Mail or hand deliver the packets to the Sheriff's Department in the county where each defendant resides.**

<u>**Sheriff Departments in New Hampshire:**</u>

Belknap County Sheriff's Department:            Hillsborough County Sheriff's Department:
Carroll County Sheriff's Department:            Merrimack County Sheriff's Department:
Cheshire County Sheriff's Department:           Rockingham County Sheriff's Department:
Coos County Sheriff's Department:               Strafford County Sheriff's Department:
Grafton County Sheriff's Department:            Sullivan County Sheriff's Department:

**\*If one or more of the parties resides out of state, please click here for the requirements\***
Service must be made upon the defendant before **September 23, 2023**.

If the Sheriff is unable to complete service by **September 23, 2023** you will receive a "Notice of Incomplete Service" from the Sheriff's Department.  You may request that new paperwork be issued by electronically filing a Request for Documents.  There is a fee for this request.

The Sheriff will mail the 'Return of Service' to you.  You MUST electronically file the 'Return of Service' with the court by October 14, 2023.

**If service is not made as directed, no further action will occur and the case may be dismissed by the court.**

NHJB-2678-Se (07/01/2018)

# Important Service Information for Sheriff

## Do not file this with the court
Provide this information to the Sheriff's Department.
See Instructions for Service for more information.
**PLEASE PRINT CLEARLY**

Date: _____          Case #: _____

### Who are you requesting to be served?
Please provide whatever information you know

Name: _____

Address for service (no P.O. boxes):

_____          APT #: _____

_____

Home phone #: _____          Cell phone #: _____

Sex: ☐ Male   ☐ Female          Race: _____

Last 4 digits of SS#: xxx-xx- ____ ____ ____ ____          D.O.B. _____

Work name & address:

_____

Special instructions for service (i.e. directions, best time to serve, cautions, etc.):

_____

_____

Vehicle description/license plate:

_____

### Your Information:
Name (please print): _____

Residential address:                    Mailing address:

_____          _____

_____          _____

Phone number to contact you during business hours:

_____ Alternate #: _____

_____
Signature

♦**IN-HAND SERVICE WILL INCUR EXTRA COSTS DUE TO ADDITIONAL TRAVEL**♦

**SHERIFF OFFICE USE ONLY: (This will vary by Sheriff's Office)**

Fees Paid: $_____ Cash #: _____ Check#: _____
Id#: _____ Waiver: _____ Money Order#: _____ Credit Card: _____
Sheriff File # _____ Authorization #: _____

Instructions for filing the Return of Service:

If you are working with an attorney, they will guide you on the next steps.  If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Select "I am filing into an existing case".  Enter 218-2023-CV-00920 and click Next.

2. When you find the case, click on the link follow the instructions on the screen.  On the "What would you like to file?" screen, select "File Other Document" and choose "Return of Service".

3.  Scan the Return of Service packet and follow the instructions in the electronic filing program to upload the Return of Service to complete your filing.

4. If the sheriff was unable to serve the paperwork, you can request new paperwork by filing a Request for Documents.  On the "What would you like to file?" screen, select "File Other Document" and choose "Request for Reissued Summons" from the menu and upload the Request for Documents form.


**FAILURE TO FILE THESE DOCUMENTS MAY RESULT IN YOUR CASE BEING DISMISSED.**


August 09, 2023                                              Jennifer M. Haggar
Date                                                                   Clerk of Court


You can access documents electronically filed through our Case Access Portal by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide.  In that process you will register, validate your email, request access and approval to view your case.  After your information is validated by the court, you will be able to view case information and documents filed in your case.

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Rockingham Superior Court
Rockingham Cty Courthouse/PO Box 1258
Kingston NH  03848-1258

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE TO DEFENDANT

Case Name:        **Melody Costenbader v  Home Depot USA, Inc., et al**
Case Number:      **218-2023-CV-00920**

You have been served with a Complaint which serves as notice that this legal action has been filed against you in the **Rockingham Superior Court.**  Review the Complaint to see the basis for the Plaintiff's claim.

Each Defendant is required to electronically file an Appearance and Answer 30 days after service. You may register and respond on any private or public computer.  For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps.  If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1.  Complete the registration/log in process.  Click Register and follow the prompts.

2.  After you register, click Start Now.  Select **Rockingham Superior Court** as the location.

3.  Select "I am filing into an existing case".  Enter **218-2023-CV-00920** and click Next.

4.  When you find the case, click on the link and follow the instructions on the screen.  On the "What would you like to file?" screen, select "File a Response to Civil Complaint".  Follow the instructions to complete your filing.

5.  Review your Response before submitting it to the court.


**IMPORTANT:** After receiving your response and other filings the court will send notifications and court orders electronically to the email address you provide.

A person who is filing or defending against a Civil Complaint will want to be familiar with the Rules of the Superior Court, which are available on the court's website: www.courts.state.nh.us.

Once you have registered and responded to the summons, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide.  In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.


If you have questions regarding this process, please contact the court at 1-855-212-1234.

Filed
File Date: 8/28/2023 10:33 AM
Rockingham Superior Court
E-Filed Document

**Merrimack County Sheriff's Office**
DAVID A. CROFT
333 Daniel Webster Hwy
Boscawen, NH 03303
Phone: 603-796-6600

W/S NORTH HAMPTON PROPERTIES BB
2 1/2 BEACON ST    S141
CONCORD, NH 03301

AFFIDAVIT OF SERVICE

MERRIMACK, SS                              8/18/23

    I, DEPUTY MICHAEL A DOYLE, on this day at _____a.m./p.m., summoned
the within named defendant W/S NORTH HAMPTON PROPERTIES BB c/o WS ASSET
MANAGMENT, INC. by leaving at the office of Registered Agent CT
Corporation, 2 1/2 Beacon Street, Ste 141, Concord, said County and State
of New Hampshire, its true and lawful agent for the service of process
under and by virtue of Chapter 293-A, NH RSA as amended, a true and
attested copy of this Summons and Complaint.

FEES

    Service   $30.66
    Postage     1.00
    Travel     18.34
           _____
TOTAL       $50.00

                                    _____
                                    DEPUTY MICHAEL A DOYLE
                                    Merrimack County Sheriff's Office

True Copy Attest

Jennifer M. Haggar, Clerk of Court

September 25, 2023

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Rockingham Superior Court
Rockingham Cty Courthouse/PO Box 1258
Kingston NH 03848-1258

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## SUMMONS IN A CIVIL ACTION

Case Name:     **Melody Costenbader v  Home Depot USA, Inc., et al**
Case Number:   **218-2023-CV-00920**

Date Complaint Filed: July 27, 2023

A Complaint has been filed against Home Depot USA, Inc.; W/S North Hampton Properties BB c/o WS Asset Managment, Inc. in this Court. A copy of the Complaint is attached.

### The Court ORDERS that ON OR BEFORE:

| | |
|---|---|
| September 23, 2023 | Melody Costenbader shall have this Summons and the attached Complaint served upon Home Depot USA, Inc.; W/S North Hampton Properties BB c/o WS Asset Managment, Inc. by in hand or by leaving a copy at his/her abode, or by such other service as is allowed by law. |
| October 14, 2023 | Melody Costenbader shall electronically file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice. |
| 30 days after Defendant is served | Home Depot USA, Inc.; W/S North Hampton Properties BB c/o WS Asset Managment, Inc. must electronically file an Appearance and Answer or other responsive pleading form with this Court.  A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

**Notice to Home Depot USA, Inc.; W/S North Hampton Properties BB c/o WS Asset Managment, Inc.:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:

Kenneth D. Murphy, ESQ            Rainboth Murphy and Lown PA 439 Middle St Portsmouth NH 03801

Home Depot USA, Inc.              2455 Paces Ferry Road Atlanta GA  30339
W/S North Hampton Properties      33 Boylston Street Suite 3000 Chestnut Hill MA  02467
BB c/o WS Asset Managment,
Inc.

BY ORDER OF THE COURT

August 09, 2023

(1261161)

Jennifer M. Haggar
Clerk of Court

NHJB-2678-Se (07/01/2018)

**This is a Service Document For Case: 218-2023-CV-00920**
**Rockingham Superior Court**
**8/9/2023 11:58 AM**

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Rockingham Superior Court
Rockingham Cty Courthouse/PO Box 1258
Kingston NH  03848-1258

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE TO DEFENDANT

Case Name:      **Melody Costenbader v  Home Depot USA, Inc., et al**
Case Number:    **218-2023-CV-00920**

You have been served with a Complaint which serves as notice that this legal action has been filed against you in the **Rockingham Superior Court.**  Review the Complaint to see the basis for the Plaintiff's claim.

Each Defendant is required to electronically file an Appearance and Answer 30 days after service. You may register and respond on any private or public computer.  For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps.  If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Complete the registration/log in process.  Click Register and follow the prompts.

2. After you register, click Start Now.  Select **Rockingham Superior Court** as the location.

3. Select "I am filing into an existing case".  Enter **218-2023-CV-00920** and click Next.

4. When you find the case, click on the link and follow the instructions on the screen.  On the "What would you like to file?" screen, select "File a Response to Civil Complaint".  Follow the instructions to complete your filing.

5. Review your Response before submitting it to the court.

**IMPORTANT:** After receiving your response and other filings the court will send notifications and court orders electronically to the email address you provide.

A person who is filing or defending against a Civil Complaint will want to be familiar with the Rules of the Superior Court, which are available on the court's website: www.courts.state.nh.us.

Once you have registered and responded to the summons, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide.  In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

If you have questions regarding this process, please contact the court at 1-855-212-1234.

Filed
File Date: 7/27/2023 2:39 PM
Rockingham Superior Court
E-Filed Document

## STATE OF NEW HAMPSHIRE

ROCKINGHAM, SS.                                    SUPERIOR COURT
**JURY TRIAL DEMANDED**

**Melody Costenbader**          218-2023-CV-00920
178 Dearborn Road
Greenland, NH 03840

v.

**Home Depot USA, Inc.**
2455 Paces Ferry Road
Atlanta, GA 30339

**AND**

**W/S North Hampton Properties BB**
**c/o WS Asset Management, Inc.**
33 Boylston Street, Suite 3000
Chestnut Hill, MA  02467

### COMPLAINT

NOW COMES the Plaintiff, Melody Costenbader, by and through her attorneys, Rainboth, Murphy & Lown, PA and respectfully submits this Complaint against the Defendants, Home Depot USA, Inc. and W/S North Hampton Properties BB c/o WS Assent Management, Inc., and in support thereof state as follows:

### I. Parties

1.      The Plaintiff, Melody Costenbader, is an individual residing at 178 Dearborn Road, Greenland, New Hampshire 03840

2.      Defendant, Home Depot USA, Inc., is a foreign corporation authorized to do business in New Hampshire.  Their principal office address is 2455 Paces Ferry Road, Atlanta, GA  30339.

1

3.      Defendant, W/S North Hampton Properties BB c/o WS Asset Management, Inc., is a foreign limited liability corporation authorized to do business in New Hampshire. Their principal office address is 33 Boylston Street, Suite 3000, Chestnut Hill, MA 02467.

## II. Jurisdiction and Venue

4.      This Court has jurisdiction over the subject matter pursuant to RSA 491:7.

5.      Venue is proper in the State of New Hampshire, specifically Rockingham, as it is the county in which the incident occurred.

## III. Factual Background

6.      On or about August 4, 2020, the Plaintiff tripped on a large cement cinderblock located at the outdoor landscaping area at the Home Depot location located at 35 Lafayette Road, North Hampton, New Hampshire owned, controlled and maintained by Defendants.

7.      Plaintiff was lawfully on the premises shopping in the plant section when she fell.

8.      On August 4, 2020, the Defendants were responsible for maintaining the garden area in a safe and reasonable manner. Defendants failed to design and place the cement blocks used for plant sales in a safe and reasonable manner.

9.      The Defendants failed to properly maintain the property.

10.     As such, the Plaintiff was caused to suffer numerous damages and losses within the minimum and maximum jurisdictional limits of this Court, including but not limited to, serious personal injury, severe and permanent physical and bodily injuries, extreme pain and suffering, ongoing medical procedures and therapies, large and

2

continuing medical expenses, emotional distress and mental anguish, loss of income and wages, loss of enjoyment of life, and the costs and expenses of litigation.

11.    Plaintiff twisted her low back and had a gash on her shin bone. Plaintiff still experiences aggravation of L5 sciatica and had problems standing at her job as a hair stylist.

## IV. <u>Causes of Action</u>
## COUNT I: (Negligence)

12.    All of the allegations contained in Paragraphs 1-11 are incorporated as if fully stated herein.

13.    At all relevant times, the Defendants owed a duty of care to the Plaintiff, including, but not limited to, the duty to maintain the premises in a safe and reasonable manner, by among other things, not erecting structures which could injure patrons while walking in the area.

14.    The Defendant breached its duty of care to the Plaintiff by failing to maintain the premises in a safe and reasonable manner, by and among other things, failing to warn and protect persons entering the premises of an from such hazardous and dangerous conditions.

15.    As a direct and proximate cause and result of the Defendants' failure to meet its duty of care, Plaintiff was caused to fall on the hazardous plant structure located at the property.

16.    As a further result of the Defendants' breach of its duty of care, the Plaintiff suffered numerous damages and losses including but not limited to, serious personal injury, severe and permanent physical and bodily injuries, extreme pain and

suffering, numerous medical procedures and therapies, large and continuing medical expenses, emotional distress and mental anguish, loss of enjoyment of life, loss of income and wages, and the costs and expenses of litigation.

## V. **Jury Trial**

17.    The Plaintiff respectfully request a trial by Jury.

WHEREFORE, the Plaintiff prays that this Honorable Court:

A.    Allow the entry of judgment consistent with the jury's determination on all claims and with the determination for full and fair compensation in favor of the Plaintiff as allowed by law and equity, plus interest and costs; and

B.    The allowance of such further relief as justice and equity require.


Respectfully submitted,
**Melody Costenbader**
By and Through Her Attorneys,
**RAINBOTH, MURPHY & LOWN, P.A.**

Dated: July 27, 2023          By:   /s/ Kenneth D. Murphy
                                     Kenneth D. Murphy, Esquire (NH Bar #1843)
                                     439 Middle Street
                                     Portsmouth, NH 03801
                                     (603) 431-1993
                                     e-mail: kmurphy@nhtrialattorneys.com

4

Filed
File Date: 8/28/2023 10:33 AM
Rockingham Superior Court
E-Filed Document

# Merrimack County Sheriff's Office

DAVID A. CROFT
333 Daniel Webster Hwy
Boscawen, NH 03303
Phone: 603-796-6600

HOME DEPOT USA, INC.
10 FERRY ST    S313
CONCORD, NH 03301

AFFIDAVIT OF SERVICE

MERRIMACK, SS                                    8/18/23

I, DEPUTY MICHAEL A DOYLE, on this date at __1115__ a.m./p.m., summoned
the within named defendant HOME DEPOT USA, INC. as within commanded, by
leaving at the office of Registered Agent Corporation Service Company, 10
Ferry Street, Suite 313, Concord, said County and State of New Hampshire,
its true and lawful agent for service of process under and by virtue of
Chapter 293-A New Hampshire RSA, as amended, a true and attested copy of
this Summons and Complaint.

FEES

| | |
|---|---|
| Service | $30.66 |
| Postage | 1.00 |
| Travel | 18.34 |
| TOTAL | $50.00 |

**True Copy Attest**

Jennifer M. Haggar, Clerk of Court

September 25, 2023

_____
DEPUTY MICHAEL A DOYLE
Merrimack County Sheriff's Office

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Rockingham Superior Court
Rockingham Cty Courthouse/PO Box 1258
Kingston NH  03848-1258

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## SUMMONS IN A CIVIL ACTION

Case Name:  **Melody Costenbader v  Home Depot USA, Inc., et al**
Case Number:  **218-2023-CV-00920**

Date Complaint Filed: July 27, 2023
A Complaint has been filed against Home Depot USA, Inc.; W/S North Hampton Properties BB c/o WS Asset Managment, Inc. in this Court. A copy of the Complaint is attached.

### The Court ORDERS that ON OR BEFORE:

September 23, 2023 — Melody Costenbader shall have this Summons and the attached Complaint served upon Home Depot USA, Inc.; W/S North Hampton Properties BB c/o WS Asset Managment, Inc. by in hand or by leaving a copy at his/her abode, or by such other service as is allowed by law.

October 14, 2023 — Melody Costenbader shall electronically file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice.

30 days after Defendant is served — Home Depot USA, Inc.; W/S North Hampton Properties BB c/o WS Asset Managment, Inc. must electronically file an Appearance and Answer or other responsive pleading form with this Court.  A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below.

**Notice to Home Depot USA, Inc.; W/S North Hampton Properties BB c/o WS Asset Managment, Inc.:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:

Kenneth D. Murphy, ESQ

Home Depot USA, Inc.
W/S North Hampton Properties BB c/o WS Asset Managment, Inc.

Rainboth Murphy and Lown PA 439 Middle St Portsmouth NH 03801
2455 Paces Ferry Road Atlanta GA  30339
33 Boylston Street Suite 3000 Chestnut Hill MA  02467

BY ORDER OF THE COURT

August 09, 2023

(1261161)

Jennifer M. Haggar
Clerk of Court

NHJB-2678-Se (07/01/2018)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Rockingham Superior Court
Rockingham Cty Courthouse/PO Box 1258
Kingston NH  03848-1258

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE TO DEFENDANT

Case Name:    **Melody Costenbader v  Home Depot USA, Inc., et al**
Case Number:  **218-2023-CV-00920**

You have been served with a Complaint which serves as notice that this legal action has been filed against you in the **Rockingham Superior Court.**  Review the Complaint to see the basis for the Plaintiff's claim.

Each Defendant is required to electronically file an Appearance and Answer 30 days after service. You may register and respond on any private or public computer.  For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps.  If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Complete the registration/log in process.  Click Register and follow the prompts.

2. After you register, click Start Now.  Select **Rockingham Superior Court** as the location.

3. Select "I am filing into an existing case".  Enter **218-2023-CV-00920** and click Next.

4. When you find the case, click on the link and follow the instructions on the screen.  On the "What would you like to file?" screen, select "File a Response to Civil Complaint".  Follow the instructions to complete your filing.

5. Review your Response before submitting it to the court.

**IMPORTANT:** After receiving your response and other filings the court will send notifications and court orders electronically to the email address you provide.

A person who is filing or defending against a Civil Complaint will want to be familiar with the Rules of the Superior Court, which are available on the court's website: www.courts.state.nh.us.

Once you have registered and responded to the summons, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide.  In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

If you have questions regarding this process, please contact the court at 1-855-212-1234.

NHJB-2678-Se (07/01/2018)

Filed
File Date: 7/27/2023 2:39 PM
Rockingham Superior Court
E-Filed Document

## STATE OF NEW HAMPSHIRE

ROCKINGHAM, SS.                                                    SUPERIOR COURT
**JURY TRIAL DEMANDED**

**Melody Costenbader**          218-2023-CV-00920
178 Dearborn Road
Greenland, NH 03840

v.

**Home Depot USA, Inc.**
2455 Paces Ferry Road
Atlanta, GA 30339

**AND**

**W/S North Hampton Properties BB**
**c/o WS Asset Management, Inc.**
33 Boylston Street, Suite 3000
Chestnut Hill, MA  02467

## COMPLAINT

NOW COMES the Plaintiff, Melody Costenbader, by and through her attorneys, Rainboth, Murphy & Lown, PA and respectfully submits this Complaint against the Defendants, Home Depot USA, Inc. and W/S North Hampton Properties BB c/o WS Assent Management, Inc., and in support thereof state as follows:

### I. Parties

1.      The Plaintiff, Melody Costenbader, is an individual residing at 178 Dearborn Road, Greenland, New Hampshire 03840

2.      Defendant, Home Depot USA, Inc., is a foreign corporation authorized to do business in New Hampshire.  Their principal office address is 2455 Paces Ferry Road, Atlanta, GA  30339.

1

3.      Defendant, W/S North Hampton Properties BB c/o WS Asset Management, Inc., is a foreign limited liability corporation authorized to do business in New Hampshire. Their principal office address is 33 Boylston Street, Suite 3000, Chestnut Hill, MA 02467.

## II. **Jurisdiction and Venue**

4.      This Court has jurisdiction over the subject matter pursuant to RSA 491:7.

5.      Venue is proper in the State of New Hampshire, specifically Rockingham, as it is the county in which the incident occurred.

## III. **Factual Background**

6.      On or about August 4, 2020, the Plaintiff tripped on a large cement cinderblock located at the outdoor landscaping area at the Home Depot location located at 35 Lafayette Road, North Hampton, New Hampshire owned, controlled and maintained by Defendants.

7.      Plaintiff was lawfully on the premises shopping in the plant section when she fell.

8.      On August 4, 2020, the Defendants were responsible for maintaining the garden area in a safe and reasonable manner. Defendants failed to design and place the cement blocks used for plant sales in a safe and reasonable manner.

9.      The Defendants failed to properly maintain the property.

10.      As such, the Plaintiff was caused to suffer numerous damages and losses within the minimum and maximum jurisdictional limits of this Court, including but not limited to, serious personal injury, severe and permanent physical and bodily injuries, extreme pain and suffering, ongoing medical procedures and therapies, large and

continuing medical expenses, emotional distress and mental anguish, loss of income and wages, loss of enjoyment of life, and the costs and expenses of litigation.

11.    Plaintiff twisted her low back and had a gash on her shin bone. Plaintiff still experiences aggravation of L5 sciatica and had problems standing at her job as a hair stylist.

### IV.  Causes of Action
### COUNT I: (Negligence)

12.    All of the allegations contained in Paragraphs 1-11 are incorporated as if fully stated herein.

13.    At all relevant times, the Defendants owed a duty of care to the Plaintiff, including, but not limited to, the duty to maintain the premises in a safe and reasonable manner, by among other things, not erecting structures which could injure patrons while walking in the area.

14.    The Defendant breached its duty of care to the Plaintiff by failing to maintain the premises in a safe and reasonable manner, by and among other things, failing to warn and protect persons entering the premises of an from such hazardous and dangerous conditions.

15.    As a direct and proximate cause and result of the Defendants' failure to meet its duty of care, Plaintiff was caused to fall on the hazardous plant structure located at the property.

16.    As a further result of the Defendants' breach of its duty of care, the Plaintiff suffered numerous damages and losses including but not limited to, serious personal injury, severe and permanent physical and bodily injuries, extreme pain and

3

suffering, numerous medical procedures and therapies, large and continuing medical expenses, emotional distress and mental anguish, loss of enjoyment of life, loss of income and wages, and the costs and expenses of litigation.

### V. **Jury Trial**

17.     The Plaintiff respectfully request a trial by Jury.

WHEREFORE, the Plaintiff prays that this Honorable Court:

A.     Allow the entry of judgment consistent with the jury's determination on all claims and with the determination for full and fair compensation in favor of the Plaintiff as allowed by law and equity, plus interest and costs; and

B.     The allowance of such further relief as justice and equity require.

Respectfully submitted,
**Melody Costenbader**
By and Through Her Attorneys,
**RAINBOTH, MURPHY & LOWN, P.A.**

Dated: July 27, 2023          By:  /s/ Kenneth D. Murphy
Kenneth D. Murphy, Esquire (NH Bar #1843)
439 Middle Street
Portsmouth, NH 03801
(603) 431-1993
e-mail: kmurphy@nhtrialattorneys.com

4

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
SUPERIOR COURT

Rockingham Superior Court
Rockingham Cty Courthouse/PO Box 1258
Kingston NH  03848-1258

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE OF DEFAULT

FILE COPY

Case Name:    **Melody Costenbader v Home Depot USA, Inc., et al**
Case Number:    **218-2023-CV-00920**

Default has been entered against the following parties in the above action:
W/S North Hampton Properties BB c/o WS Asset Management Inc  and Home Depot USA, Inc.

Default has been entered for the following reason(s):
**Failure to file a timely answer and appearance**

Case is continued for entry of judgment upon compliance with Superior Court Rule 42.   Final judgment may be obtained against a party in default by filing the following:  An appropriate motion for entry of judgment; an affidavit in support of financial damages sought, if any; a proposed decree if relief other than financial damages is sought; the original of any negotiable instrument or similar evidence of indebtedness on which this action is based, if applicable; and an affidavit as to military service, if applicable.  Any claim for attorneys' fees must be made by motion with an accompanying attorney affidavit.  Costs will be taxed only upon the submission of a verified taxation of costs.

Before final judgment will be entered, the party seeking judgment must certify that it has mailed to the last known address of the defaulting party copies of the above documents and that it has notified the defaulting party that the entry of final judgment or decree is being sought.

A hearing as to final judgment shall be scheduled upon the request of any party.  Otherwise, the Court may enter final judgment based on the pleadings submitted or may schedule a hearing at its discretion.

True Copy Attest

Jennifer M. Haggar, Clerk of Court

September 25, 2023

BY ORDER OF THE COURT

September 25, 2023

Jennifer M. Haggar, Clerk of Court

(126954)

C: W/S North Hampton Properties BB c/o WS Asset Managment, Inc.; Kenneth D. Murphy, ESQ

NHJB-2458-S (10/01/2013)